UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>25-mj-8698-RMM</u>

IN RE COMPLAINT

_____/

FILED BY ___SP___ D.C.
Nov 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  <u>*/s/ Suzanne Huyler*</u>
      SUZANNE HUYLER
      Assistant United States Attorney
      Court No. A5503350
      500 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33401
      Tel: (561) 209-1013
      Suzanne.Huyler@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LUIS ALONSO MATUTE-FIGUEROA,<br><br>*Defendant(s)* | Case No. 25-mj-8698-RMM |

FILED BY ____SP____ D.C.
Nov 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 24, 2024__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(g)(5)(A) | Unlawful possession of a firearm by alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

ELVIS N MEDINA
Digitally signed by ELVIS N MEDINA
Date: 2025.11.25 12:46:03 -05'00'

*Complainant's signature*

Elvis Medina, HSI Special Agent
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: 11/25/25

*Judge's signature*

City and state: West Palm Beach, FL

Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

Your affiant, Elvis Medina, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed since June 2016. Prior to working for HSI, I was an agent with the U.S. Border Patrol, stationed in Arizona. I worked as a Border Patrol Agent for nearly eleven-and-a-half years. Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others.

2. In my training and experience I know that individuals involved in firearms trafficking, including unlawful possessor of firearms and straw purchasers will take photographs and videos of firearms they own, intent to purchase or transfer to other individuals in the United States and foreign countries.

3. The facts set forth in this affidavit are based on my personal knowledge; information obtained in this investigation from others, including other law enforcement officers; my review of documents, pictures and computer records related to this investigation; and information gained through training and experience.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint. As such, I have not included each and every fact known to me and law enforcement concerning this investigation. Rather, I have set forth only those facts necessary to establish probable cause to believe that Luis Alonso MATUTE-FIGUEROA, a citizen and national of Honduras, committed the offense of an alien illegally and unlawfully in the United States, did knowingly possess a firearm, in violation of Title 18, United States Code, Section 922(g)(5)(A).

**Probable Cause**

5. On or about March 5, 2025, ATF received information that suspected straw purchaser, Gerson Eliu Padilla-Figueroa (hereinafter "PADILLA-Figueroa"), was attempting to pick up a recently purchased DC Industries, Yugo M92 Nodak Spud, 7.62x39mm caliber AK-47 type rifle, at Crown Boca LLC, d/b/a/ Crown Pawn, a Federal Firearms Licensee (FFL), located at 3095 S. Military Trail #1, Lake Worth, Florida, 33463.

6. On March 6, 2025, ATF SAs conducted surveillance of PADILLA-Figueroa. SAs observed PADILLA-Figueroa pick up the firearm at Crown Pawn and return with the firearm to his residence in West Palm Beach, Florida.

7. On March 6, 2025, ATF SAs conducted a non-custodial audio-recorded interview with PADILLA-Figueroa at his residence. The interview was primarily conducted in the Spanish language.

8. In summary and not verbatim, PADILLA-Figueroa acknowledged purchasing approximately twenty-nine (29) firearms, from approximately November 25, 2023, to March 6, 2025. PADILLA-Figueroa stated the firearms purchases were made on behalf of an individual he knows as "Guillermo" or "Guillermo Matute" with Facebook page "Juan Matute." PADILLA-Figueroa stated MATUTE is from Honduras and has no documents (referring to immigration documents). PADILLA-Figueroa stated MATUTE would tell him what firearms he was looking for.

9. PADILLA-Figueroa would tell MATUTE the cost and collect the money from MATUTE. PADILLA-Figueroa would then go online through Gun Broker and order the firearms. The firearms would be shipped to a local FFL. PADILLA-Figueroa would then fill out the ATF

Form 4473, take custody of the firearm(s), and then give them to MATUTE. PADILLA-Figueroa stated MATUTE would pay him $200 for each time he bought firearms for him.

10. According to a review of ICE ERO, HSI, Department of Homeland Security (DHS), and other law enforcement databases, MATUTE is native and citizen of the Honduras who entered into the United States on or about January 18, 2019, at Port Everglades/Fort Lauderdale, Florida on a B2 non-immigrant Visa (foreign nationals wishing to enter the U.S. for tourism, pleasure, or medical treatment). MATUTE was admitted for a time period not to exceed 60 days. MATUTE failed to depart the United States by March 19, 2019, the expiration date of the Visa. Due to MATUTE's non-immigrant status in the U.S., ATF determined MATUTE is prohibited from possessing firearms and/or ammunition.

11. SAs identified a TikTok account "juanmatute35" that appeared to be the same individual depicted as MATUTE in ICE records. A review of the TikTok account belonging to user ID "juanmatute35" revealed several photos and videos in which MATUTE is exhibiting or shooting firearms.

12. On May 14, 2025, SAs received a federal search warrant to be executed on TikTok, Inc., a company headquartered at 5800 Bristol Parkway, Culver City, California, for the alleged TikTok account[juanmatute35] belonging to suspect, Juan Guillermo MATUTE FIGUEROA. The Federal search warrant, 25-mj-8265-RMM, in the Southern District of Florida was executed on May 15, 2025, on the TikTok law enforcement portal.

13. While reviewing the digital evidence received pursuant to the TikTok search warrant return, SAs observed photographs depicting Luis Alonso MATUTE-FIGUEROA, the brother of MATUTE, in possession of one or more firearms, such as the following:

Exhibit 1:



14. The firearms in the picture above appear to be a gold and black Colt 1911 pistol and a gold and pearl Colt 1911 pistol similar to the firearms previously identified through make, model and serial numbers which appeared in videos and photographs uploaded by MATUTE on social media and WhatsApp messages.

15. A review of the Department of Homeland Security (DHS) immigration records confirmed that Luis Alonso MATUTE-FIGUEROA is a citizen of Honduras with no lawful status in the United States. Records further show that Luis Alonso MATUTE-FIGUEROA arrived in the United States on November 9, 2016, on a tourist visa. The visa expired on May 8, 2017, there is no record of Luis Alonso MATUTE-FIGUEROA leaving the United States or filing any new applications for legal status in the United States.

16. On August 28, 2025, law enforcement officers with the Broward County Sheriff's Office (BSCO) Money Laundering Task Force conducted a vehicle traffic stop and probable cause arrest of Ariel David HENRIQUEZ-Padilla in Pompano, Florida.

17. During a post-Miranda interview, HENRIQUEZ stated he knows that Gerson PADILLA-Figueroa was buying guns for MATUTE and Luis Alonso MATUTE-FIGUEROA. HENRIQUEZ stated Gerson PADILLA-Figueroa was making about $500 per firearm.

18.     HENRIQUEZ also stated Luis Alonso MATUTE-FIGUEROA and MATUTE liked to send him photographs of firearms they acquired to show HENRIQUEZ they have some type of power and to show him what they bought.

19.     On or about August 24, 2024, Luis Alonso MATUTE-FIGUEROA sent a picture via WhatsApp[1] to HENRIQUEZ in which he, HENRIQUEZ, and another individual are all seen with firearms in their waist bands. The photograph shows the men standing next to a circular spa in a screened lanai, with a fence as the backdrop. The weapon in Luis Alonso MATUTE-FIGUEROA's waist band appears to be the white and gold Colt 1911, Serial Number, 38SCC4299, T20250334754.

Exhibit 2:



20.     On November 20, 2025, ATF and HSI SAs conducted an undercover controlled delivery of firearms to MATUTE. MATUTE met with two (2) ATF UCs at a storage unit in West Palm Beach, FL, within the Southern District of Florida. MATUTE inspected several firearms. MATUTE agreed to purchase one (1) AK-47 variant rifle and (1) Ruger Mini 14 rifle from ATF

---

[1] The WhatsApp conversations were obtained via a border search of Henriquez-Padilla's phone.

UCs. MATUTE paid $1,800 in cash for the firearms. ATF SAs arrested MATUTE and placed him into ATF custody without incident for a violation of Title 18 U.S.C § 922(g)(5) (possession of a firearm by an unlawful alien).

21. ATF and HSI SAs conducted a post-arrest audio/video recorded custodial interview with MATUTE. SAs advised MATUTE of his Miranda rights in the Spanish language. MATUTE agreed to speak to the SAs without and attorney present and signed the ATF Advice of Rights and Waiver form in Spanish.

22. During the interview, SAs showed MATUTE the photographs obtained from the TikTok search warrant return and the review of HENRIQUEZ's WhatsApp messages. MATUTE identified the individual in the photographs as his brother, Luis Alonso MATUTE-FIGUEROA. MATUTE further confirmed that the firearms depicted in the in the photographs are real firearms. In addition, he stated that the photograph in Exhibit 2, of the three men by the pool spa, was taken at the home of Juan Carlos Cardona Munguia, who is a known associate of the Matute's.

23. As per Florida Driver and Vehicle Information Database (DAVID) MUNGUIA's address is 4831 Dorchester Mews, West Palm Beach, Florida. ATF conducted a search of publicly available internet databases for information regarding this address and discovered photos of the property uploaded to www.zillow.com. The photos of the pool spa in the photos on www.zillow.com for the address 4831 Dorchester Mews are consistent with the pool spa in Exhibit 2.

24. Lastly an ATF SA who is trained as a firearms interstate expert advised your affiant that the Colt 1911 pistol (Trace: T20250334754) was manufactured outside the state of Florida, therefore the firearm traveled in and affected interstate commerce.

**CONCLUSION**

25.     On the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge defendant Luis Alonso MATUTE-FIGUEROA with being an unlawful alien in possession of a firearm and/or ammunition in violation of Title 18, United States Code, Section 922(b)(5).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Elvis Medina
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

SWORN AND ATTESTED TO ME BY
APPLICANT VIA TELEPHONE (FACETIME)
PURSUANT TO FED. R. CRIM. P. 4(d) AND 4.1
THIS __25__ TH DAY OF __Nov__ 2025.

_____
HON. RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE